JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL ROSEN,                              )   Case No. CV 18-00475-JEM
                                            )
                    Plaintiff,              )
                                            )   **JUDGMENT**
          v.                                )
                                            )
NANCY A. BERRYHILL,                         )
Acting Commissioner of Social Security,     )
                                            )
                    Defendant.              )
_____   )

    In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this case is dismissed with prejudice.


DATED: <u>March 6, 2019</u>                          <u>   */s/ John E. McDermott*   </u>
                                                    JOHN E. MCDERMOTT
                                                    UNITED STATES MAGISTRATE JUDGE